

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-15-00586-CV

Richard **DOMINGUEZ** and Mary Lou Dominguez,
Appellants

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07410
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellee's second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to May 6, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court